## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Roberts v. Capital One Financial Corp.     Docket No.: 17-1762

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Deepak Gupta

Firm: Gupta Wessler PLLC

Address: 1735 20th Street, NW, Washington, DC 20009

Telephone: (202) 888-1841     Fax: (202) 888-7792

E-mail: deepak@guptawessler.com

Appearance for: Tawanna M. Roberts
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey Kaliel/Tycko & Zavareei LLP )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

## CERTIFICATION

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: /s/ Deepak Gupta

Type or Print Name: Deepak Gupta