## NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Roberts v. Capital One Financial Corp. _____ Docket No.: 17-1762 _____

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**

Name: Hassan A. Zavareei

Firm: Tycko & Zavareei LLP

Address: 1828 L St. NW, Ste 1000, Washington, DC 20036

Telephone: 202-973-0900 _____ Fax: 202-973-0950

E-mail: hzavareei@tzlegal.com

**Appearance for:** Tawanna M. Roberts
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: _____ )
(name/firm)

☐ Substitute counsel (replacing other counsel: _____ _____ )
(name/firm)

☑ Additional counsel (co-counsel with: Jeffrey Kaliel/Tycko & Zavareei LLP _____ )
(name/firm)

☐ Amicus (in support of: _____ )
(party/designation)

---

**CERTIFICATION**

I certify that:

☑ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed

my admission on _____ OR

☐ I applied for admission on _____ .

Signature of Counsel: s/ Hassan A. Zavareei

Type or Print Name: Hassan A. Zavareei

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Second Circuit by using the appellate CM/ECF system on August 7, 2017.

I certify that all participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

Dated: August 7, 2017

s/ Hassan A. Zavareei